UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                     :

JAMAAL RUSS,                               :

                   Plaintiff         :

                                      :      25-CV-05447 (JAV)

      -v-                      :

                                      :          ORDER

NIKE, INC.,                             :

                   Defendant.     :

                                      :

NIKE, INC.,                             :

                   Counterclaim-Plaintiff,   :

      -v-                      :

DENARO PURO, LLC; JAMAAL RUSS,     :

                   Counterclaim-Defendants.  :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record during the conference held on January 6, 2026, Plaintiff's motion to stay the current action, ECF No. 51, is **DENIED**.

As discussed during the conference, on January 5, 2026, Plaintiff submitted, by email to the Pro Se Intake Unit, a motion to amend the Second Amended Complaint. Defendant's opposition papers to the motion to amend shall be submitted by **January 21, 2026**. Plaintiff's reply papers shall be submitted by **February 4, 2026**.

Defendant shall submit a proposed Protective Order and a revised Civil Case Management Plan and Scheduling Order by **January 14, 2026.**

It is FURTHER ORDERED that Defendant order a copy of the transcript of the January

6, 2026 conference and provide a copy of it to Plaintiff.

The parties shall appear for a status conference on **July 30, 2026,** at **11:00am** in **Courtroom 11B**, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **July 23, 2026**, the parties shall submit a post-fact discovery joint status letter, as outlined in Section 8(d) of the Court's Individual Rules and Practices in Civil Cases, which are attached to this Order and available at https://nysd.uscourts.gov/hon-jeannette-vargas.

The Clerk of the Court is respectfully directed to terminate ECF No. 51.

SO ORDERED.

Dated: January 7, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2