UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

JAMAAL RUSS,                              :

                      Plaintiff,           :

                                   :         25-CV-05447 (JAV)

        -v-                      :

                                   :           <u>ORDER</u>

NIKE, INC.,                          :

                                 :

                    Defendant.      :

                                 :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has recently made a number of filings on the docket.  Plaintiff is reminded that, although he is proceeding *pro se*, he must nonetheless comply with the rules of this Court.  This Court's Individual Rules and Practices in *Pro Se* cases prohibit filing of discovery requests or responses with the Court or on the docket, such as deposition notices, document requests, and interrogatory responses.  *See* Rule 3.A.  Additionally, the Court's rules with respect to raising discovery disputes permit the filing of a single letter, of no more than four pages in length, and a responsive letter by the opposing party.  *See* Rule 3.B.  A party is not permitted to submit reply letters, supplemental letters, or other additional materials in support of a discovery motion without leave of the Court.

      SO ORDERED.

Dated:     April 3, 2026
           New York, New York                  _____
                                           JEANNETTE A. VARGAS
                                         United States District Judge