UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
JAMAAL RUSS,                                                  :
                                                              :
                          Plaintiff,                          :
                                                              :        25-CV-05447 (JAV)
            -v-                                                :
                                                              :           ORDER
NIKE, INC.,                                                   :
                                                              :
                          Defendant.                          :
                                                              :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    For the reasons stated at today's conference, Plaintiff's pending discovery motions and

motion for sanctions are DENIED without prejudice.

    The parties are further ORDERED to appear for a status conference on **June 15, 2026, at

2:30 PM**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York 10007.

    The Clerk of Court is directed to terminate ECF Nos. 98, 106, 115, and 127.

    SO ORDERED.

Dated:  April 22, 2026                    _____
        New York, New York                     JEANNETTE A. VARGAS
                                               United States District Judge