UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAAL RUSS,

Plaintiff,

-v-

NIKE, INC.,

Defendant.

25-CV-05447 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

As stated on the record at the Court's discovery conference on July 30, 2026:

- Nike's motion to compel is **GRANTED**. Within 30 days of this order, Plaintiff is directed to produce all documents and/or communications in his possession—whether sourced from email, Instagram direct message, Facebook, WeChat, Whatsapp, other social media, his personal website, or otherwise—that concerns (1) the Air Jordan 4 shoe; (2) the manufacturing of, design of, marketing of, or investment in the Denaro Puro sneaker, or (3) any communications to or from consumers or potential consumers regarding the Denaro Puro sneaker.
- Plaintiff's motion to compel is **GRANTED**. Nike is directed to produce responses to Plaintiff's Requests for Admission within 30 days of this order.
- The parties will have one week to raise issues with the Court following these exchanges, after which fact discovery will be closed. The Court will not consider motions brought absent compliance with the Court's meet-and-confer requirements.
- Plaintiff's motion for a protective order is **DENIED** without prejudice.

- The parties' cross-motions for summary judgment will be due October 5, 2026. Opposition papers will be due November 2, 2026. Replies will be due November 16, 2026.

The Clerk of Court is directed to terminate ECF Nos. 160, 162, and 167.

SO ORDERED.

Dated: July 31, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge